IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEON ALLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. _____ |
| -vs- | ) |
| | ) (jury demand) |
| CITY OF CHICAGO and | ) |
| CHICAGO POLICE OFFICERS | ) |
| BRODERICK JONES and | ) |
| VINCENT BARNER, | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

Plaintiff, by counsel, allege as follows:

1. This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this court is conferred by 28 U.S.C. §1343.

2. Plaintiff Leon Allen is a resident of the Northern District of Illinois.

3. Defendant CITY OF CHICAGO is an Illinois municipal corporation.

4. Defendants BRODERICK JONES and VINCENT BARNER were at all times relevant acting under color of their authority as Chicago police officers.

5. On April 25, 2002, defendants JONES and BARNER arrested plaintiff and caused plaintiff to be charged with a criminal offense. Defendants JONES and BARNER fabricated the evidence on which they made this arrest and did not have a lawful basis on which to make this arrest.

6. Thereafter, defendants JONES and BARNER concealed defendant's innocence of any criminal wrongdoing from the prosecutors and thereby caused plaintiff to be held in custody for 9 months awaiting trial.

7. Plaintiff was acquitted of all charges and released from custody on February 3, 2003.

8. Defendants JONES and BARNER committed the misconduct referred to above as the result of the deliberate indifference of defendant City of Chicago to the fabrication of evidence by its police officers.

9. As the direct and proximate result of the above described acts, plaintiff was deprived of rights secured by the Fourth and Fourteenth Amendment to the Constitution of the United States and subjected to the Illinois tort of malicious prosecution.

10. Plaintiff hereby demands trial by jury.

Wherefore plaintiff requests that judgment be entered in his favor and against defendants in an amount in excess of one hundred thousand dollars as compensatory damages and against defendants JONES and BARNER in the amount of one hundred thousand dollars as punitive damages.

KENNETH N. FLAXMAN
200 South Michigan Avenue
Suite 1240
Chicago, Illinois 60604-2340

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet  03C 3084

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.   JUDGE KENNELLY

**Plaintiff(s):** Leon Allen

County of Residence: Cook

Plaintiff's Atty: Kenneth N. Flaxman
Kenneth N. Flaxman P.C.
200 S Michigan Ave., Ste 1240
(312) 427-3200

**Defendant(s):** City of Chicago and Chicago Police Officers Broderick Jones and Vincent Barner

County of Residence:   MAGISTRATE JUDGE GERALDINE SOAT BROWN

Defendant's Atty:

DOCKETED
MAY 1 2 2003

II. Basis of Jurisdiction:   3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties (Diversity Cases Only)
        Plaintiff:- N/A
        Defendant:- N/A

IV. Origin :   1. Original Proceeding

V. Nature of Suit:   440 Other Civil Rights

VI. Cause of Action:   42 U.S.C. §1983: police officers fabricated evidence for arrest

VII. Requested in Complaint
        Class Action: **No**
        Dollar Demand: **100,000**
        Jury Demand: **Yes**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

Signature:
Date: 5/8/03

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**    Revised: 06/28/00

http://www.ilnd.uscourts.gov/PUBLIC/forms/auto_js44.cfm    5/7/2003

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

In the Matter of

Leon Allen
-vs-
City of Chicago and Chicago Police Officers Broderick Jones and Vincent Barner

Case Number: 03C 3084

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

**PLAINTIFF**

DOCKETED MAY 12 2003

| (A) | (B) |
|---|---|
| SIGNATURE /s/ | SIGNATURE |
| NAME: Kenneth N. Flaxman | NAME |
| FIRM: Kenneth N. Flaxman P.C. | FIRM |
| STREET ADDRESS: 200 S Michigan Ave., Ste 1240 | STREET ADDRESS |
| CITY/STATE/ZIP: Chicago, Illinois 60604 | CITY/STATE/ZIP |
| TELEPHONE NUMBER: (312) 427-3200 | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER: 08830399 | IDENTIFICATION NUMBER |
| MEMBER OF TRIAL BAR? YES ✓ NO | MEMBER OF TRIAL BAR? YES NO |
| TRIAL ATTORNEY? YES ✓ NO | TRIAL ATTORNEY? YES NO |
| | DESIGNATED AS LOCAL COUNSEL? YES NO |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER | IDENTIFICATION NUMBER |
| MEMBER OF TRIAL BAR? YES NO | MEMBER OF TRIAL BAR? YES NO |
| TRIAL ATTORNEY? YES NO | TRIAL ATTORNEY? YES NO |
| DESIGNATED AS LOCAL COUNSEL? YES NO | DESIGNATED AS LOCAL COUNSEL? YES NO |